IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 320-001 |
| | * | |
| ZANDERA FINNEY | * | |

O R D E R

Presently pending before the Court in this criminal matter is a pro se motion filed by Defendant Zandera Finney requesting that this Court enter an Order requiring the Bureau of Prisons ("BOP") to give her credit toward her federal sentence for the time she spent in Laurens County Jail from July 5, 2021 to October 28, 2021. Defendant is currently serving her federal sentence at FCI Aliceville in PC Alderson in Alabama. In response, the Government has filed a motion to dismiss the matter.

A writ of habeas corpus pursuant to 28 U.S.C. § 2241 is the appropriate legal vehicle to challenge the BOP's placement and calculation of sentence. See Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008) ("[C]hallenges to the execution of a sentence, rather than the validity of the sentence itself, are properly brought under § 2241."). In order to file a § 2241 petition, Defendant must first exhaust all administrative remedies

with the Bureau of Prisons. See Skinner v. Wiley, 355 F.3d 1293, 1295 (11th Cir. 2004). Defendant has not filed an appropriate § 2241 petition, and she has not stated much less established that she has exhausted her administrative remedies. Moreover, a § 2241 petition must be filed in the district of confinement rather than in the sentencing court. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004). Thus, after exhausting her administrative remedies, Defendant must file a § 2241 petition in the Northern District of Alabama to pursue the requested relief.

In short, this Court does not have jurisdiction over the matter; accordingly, the Government's motion to dismiss (doc. no. 320) is **GRANTED**, and Defendant's motion for time-served credit (doc. no. 319) is **TERMINATED**.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE